

913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

KEVIN S. MANN*
KMANN@CROSSLAW.COM
(302) 777-4200, EXT. 105
* ADMITTED IN DELAWARE AND NEW JERSEY

**CROSS and SIMON LLC**

February 4, 2013

**BY HAND DELIVERY & ELECTRONIC FILING**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

    Re:    *Bank of America, N.A. v. Sea-Ya Enterprises, LLC, et al.*
           *D. Del. C.A. No. 11-445 (RGA)*

Dear Judge Andrews:

    I write on behalf of Defendants Sea-Ya Enterprises, LLC, Craig H. Wheeler, and Dani D. Wheeler (collectively, "Defendants") in response to Plaintiff Bank of America, N.A.'s ("Bank of America") proposed form of Order of Judgment (the "Proposed Judgment") filed with the Court on January 23, 2013 [Docket No. 84]. Bank of America's Proposed Judgment does not contain any citations to the record nor include any documentation supporting the amounts requested. Defendants object to this Proposed Judgment on several grounds[1]:

1. The Proposed Judgment and accompanying Affidavit of Brian Gourlay (the "Affidavit") each indicate that the principal amount due under the relevant note in this action is $5,079,894.80 without providing any documentation to back up such claim. In fact, Bank of America had previously provided Defendants with an account transaction history, a copy of which is attached hereto as Exhibit "A", which indicates that the unpaid balance on the loan is $4,884,337.55;

2. Based on the above-referenced discrepancy as to the amount of the principal balance, the prejudgment interest needs to be recalculated;

---

[1] Defendants have contested liability throughout this action and do not intend to waive any rights in that regard by this response. The Defendants simply respond to point out inaccuracies in the Proposed Judgment.

3. As previously indicated in the Defendants' letter to the Court of August 17, 2012 [Docket No. 49], the expenses related to the repossession and resale of the subject aircraft are inflated and/or unnecessary. The Defendants direct the Court to the August 17, 2012 letter for further discussion of this issue;

4. Finally, Bank of America claims that it has incurred $282,595.58 in attorneys' fees and expenses in connection with the prosecution of this action yet fails to provide any documentation or support for this amount. Without the benefit of reviewing documentation regarding such fees, Defendants object to these fees as unreasonable.

Defendants request that, should the Court choose to enter judgment against Defendants without further proof or documentation of the amounts due, it enter judgment in an amount less than the amount requested by Bank of America. Counsel is available should the Court have any questions.

Respectfully submitted,

Kevin S. Mann (No. 4576)

cc: James Levine, Esquire (via Electronic Filing)
James McMillan, III, Esquire (via Electronic Filing)
Dennis Haber, Esquire
Craig H. Wheeler
Dani D. Wheeler
File Copy